FILED
March 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002522118

FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION
RANDALL K. WALTON, ESQ. (SBN: 155175)
ANN MARIE FRIEND, ESQ. (SBN: 173473)
P.O. Box 830
Modesto, California 95353-0830
Telephone: (209) 238-0946
Facsimile: (209) 238-0953

Attorneys for Debtors,
James & Patti Fender

## UNITED STATES BANKRUPTCY COURT

### EASTERN DISTRICT OF CALIFORNIA

### MODESTO DIVISION

| | |
|---|---|
| IN RE:<br><br>James & Patti Fender<br><br><br>Debtor. | Case No.: 04-93003-D-13<br>Chapter 13<br>DC No. FW:06<br>DATE: April 20, 2010<br>Time: 10:00 a.m.<br>Place: 1200 I St, Ste. 4<br>Courtroom A<br>Second Floor<br>Modesto, CA 95354 |

### MOTION TO ABANDON REAL PROPERTY

Debtor hereby requests an order abandoning, for the reasons set forth in the declaration of Debtor, filed concurrently herewith. We are bringing this motion at the specific request of the Title Company. They are requiring these extraordinary measures to satisfy their underwriter.

Dated: 3-29-10

FRIEND & WALTON
A PROFESSIONAL LAW CORPORATION

/s/ Ann Marie Friend Esq
Ann Marie Friend, **ESQ., Attorney for debtor(s)** James & Patti Fender

Motion and declaration to abandon real property
Page 1 of 1