1  FRIEND & WALTON
   A PROFESSIONAL LAW CORPORATION
2  RANDALL K. WALTON, ESQ.  (SBN: 155175)
   ANN MARIE FRIEND, ESQ.   (SBN: 173473)
3  P.O. Box 830
   Modesto, California 95353-0830
4  Telephone: (209) 238-0946
   Facsimile: (209) 238-0953
5
   Attorneys for Debtors,
6  James & Patti Fender

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
MODESTO DIVISION

| | |
|---|---|
| IN RE:<br><br>    James & Patti Fender<br><br><br><br><br><br>          Debtor. | Case No.: **04-93003-D-13**<br>Chapter    13<br>DC No.     **FW:06**<br>DATE:      **April 20, 2010**<br>Time:      **10:00 a.m.**<br>Place:     **1200 I St, Ste. 4**<br>           **Courtroom A**<br>           **Second Floor**<br>           **Modesto, CA  95354** |

**<u>DECLARATION OF PATTI FENDER IN SUPPORT OF MOTION TO ABANDON REAL PROPERTY</u>**

I, Patti Fender, declare:

1. I am a debtor in the above-referenced case.  I state the following facts on my own personal knowledge and know them to be true, except those facts stated on information and belief, which facts I am informed and believe to be true.

2. I am requesting that the Trustee abandon, and that I be given permission from the Court to sell my deceased mother's home, located at 1538 Ohio Ave, Modesto, California.

3. I am requesting permission from the Bankruptcy court to sell the property of my Mother's estate, located at 1538 Ohio Ave. Modesto, CA 95358.

4. My sister and I were put on the Deed of Trust on June 4, 2008, for purely probate reasons. I have never made a

FILED
March 30, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002522120

payment towards the house nor had anything to do with the property at all. My mother decided to sell the property. While we were waiting for the order granting court permission to take my name off the title (docket FW03), my mother passed away. The title is now in my sister's name and my name solely. Now we wish to sell the property.

5. I will receive no share of the proceeds.
6. We have a buyer for the home, and escrow has opened.
7. Attached hereto as Exhibit "A" is a true and correct copy of the Sellers Estimated Closing Statement from Chicago Title Company.
8. Attached hereto as Exhibit "B" is a true and correct copy of the Purchase Agreement.

I declare under penalty of perjury that the foregoing is true and correct and if called as a witness I would testify competently thereto.

Executed March 29, 2010 at Modesto, California.

/s/ PATTI FENDER
Patti Fender

Motion and declaration to abandon real property